UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK WESTCOTT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE,<br><br>    Defendant. | Case No. 3:18-cv-01406-WHO<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled action is referred to the Honorable James Donato for a determination as to whether this case is related to *Barnett v. City of San Jose*, Case No. 3:18-cv-01383-JD, a case currently pending before Judge Donato.

**IT IS SO ORDERED.**

Dated: June 5, 2018

*[signature]*

William H. Orrick
United States District Judge